November 16, 2022


Lyle W. Cayce
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130-3408

    Re:    *Olivier v. City of Brandon, MS*
           No. 22-60566

 Dear Mr. Cayce,

        Pursuant to 5th Cir. R. 31.4, Plaintiff-Appellant requests an extension of thirty (30) days to file his opening brief and record excerpts in above-referenced appeal.

        The opening brief and record excerpts are currently due on December 5, 2022.  Plaintiff-Appellant respectfully seeks an additional 30 days, up and until January 4, 2023, to file these pleadings.

        Due to an intervening holiday, travel plans, and other planned time outside the office, Plaintiff-Appellant's counsel will need additional time of 30 days to adequately prepare the opening brief and record excerpts for appeal.

        Plaintiff-Appellant's counsel has contacted Defendant-Appellee's counsel about the request for extension of time of 30 days and counsel informed they do not object to this request.



                             Sincerely yours,


                             /s Nathan W. Kellum


NWK/


cc:    G. Todd Butler