No. 22-60566

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

**GABRIEL OLIVIER,**
*Plaintiff – Appellant*

**VERSUS**

**CITY OF BRANDON, MISSISSIPPI; WILLIAM A. THOMPSON,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF
POLICE FOR BRANDON POLICE DEPARTMENT,**
*Defendants – Appellees*

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants – Appellees the City of Brandon, Mississippi and William A. Thompson ("Appellees") respectfully move this Court, under Rule 31.4.3.1 of the Fifth Circuit Rules, for an extension of thirty (30) days within which to file their Brief:

1.    Appellant's Brief was filed on January 4, 2023.

2.    Appellees' Brief is currently due on February 3, 2023.

3.    Due to intervening deadlines in other matters, including a brief filed in this Court in Case No. 22-60231 on January 11, 2023, Appellees respectfully

request an additional thirty (30) days to file their brief, thereby making it due on or before March 6, 2023.[1]

4.      Counsel for Plaintiff/Appellant has no objection to the requested extension of time.

For these reasons, Appellees request an extension of thirty (30) days of time to file their Appellee's Brief in Case No. 22-60566, thereby making it due on or before March 6, 2023.

THIS, the 24th day of January, 2023.

Respectfully submitted,

BY:  /s/ Mallory K. Bland
       G. Todd Butler, MB #102907
       Mallory K. Bland, MB #105665
       PHELPS DUNBAR LLP
       4270 I-55 North
       Jackson, Mississippi 39211-6391
       Post Office Box 16114
       Jackson, Mississippi  39236-6114
       Telephone: 601-352-2300
       Facsimile: 601-360-9777
       Email:   todd.butler@phelps.com
                    mallory.bland@phelps.com

---

[1] The 30 days would end on Sunday, March 5, 2023, making the due date the next day.

PD.40991942.1

## <u>CERTIFICATE OF SERVICE</u>

I, Mallory K. Bland, certify that, on January 24, 2023, I electronically filed the foregoing *UNOPPOSED MOTION* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *Mallory K. Bland*
MALLORY K. BLAND

PD.40991942.1

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS AND <u>TYPE STYLE REQUIREMENTS</u>

1.      This motion complies with the type-volume limitation of Fed R. App. P. 32(a)(7)(B) because, excluding the parts of the motion exempted by Fed. R. App. P. 32(a)(7)(B)(iii), it contains 165 words.

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally-spaced typeface, including serifs, using Word, in Times New Roman 14-point font, except for the footnotes, which are in proportionally-spaced typeface, including serifs, using Word in Times New Roman 12-point font.

Respectfully submitted,

BY:   _/s/ Mallory K. Bland_
        G. Todd Butler
        Mallory K. Bland
        Attorneys for Appellees THE CITY OF
        BRANDON, MISSISSIPPI AND
        WILLIAM THOMPSON

Dated: January 24, 2023

- 4 -