# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 25, 2023
Lyle W. Cayce
Clerk

No. 22-60566

_____

Gabriel Olivier,

*Plaintiff—Appellant,*

versus

City of Brandon, Mississippi; William A. Thompson, *individually and in his official capacity as Chief of Police for Brandon Police Department*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:21-CV-636

_____

Before Wiener, Graves, and Douglas, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED as MODIFIED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.